**Order entered May 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00317-CV

### MICHAEL A. RUFF, Appellant

### V.

### SUZANN RUFF, Appellee

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-2825**

## ORDER

Before the Court is appellee's May 6, 2013 unopposed motion for extension to time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed on or before May 24, 2013.

/s/ ELIZABETH LANG-MIERS
   JUSTICE